# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH DAVID HOUSTON,
                Appellant,

vs.

JIM C. SHIRLEY, THE ELEVENTH
JUDICIAL DISTRICT COURT JUDGE,
400 MAIN STREET, LOVELOCK, NV
89419,

                Respondent.

No. 74499

**FILED**

MAY 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. William Rogers, District Judge
       Keith David Houston
       Attorney General/Carson City
       Pershing County Clerk

18-18281